# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JANET BUNCE,<br><br>        Plaintiff,<br>v.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL LLC,<br><br>        Defendant. | Case No. 14-cv-2501 |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant American Coradius International, LLC (hereinafter referred to as "ACI") who hereby removes from the District Court of Wyandotte County, Kansas, Limited Actions Division, the following described lawsuit, and respectfully states as follows:

1. Plaintiff Janet Bunce commenced a civil action in the District Court of Wyandotte County, Kansas, Limited Actions Division, captioned as *Janet Bunce v. American Coradius International, LLC*, Case No. 2014-LM-004241, (hereinafter the "State Court Action") on September 5, 2014.

2. ACI was served on September 8, 2014.

3. The summons and complaint in the State Court Action, a copy of which is attached hereto as Exhibit A, asserts claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a *et seq*., and the Kansas Consumer Protection Act, K.S.A. §50-624 *et seq.*

4. Pursuant to 28 U.S.C. §§ 1441 and 1446, ACI, hereby removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

5. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d) and supplemental jurisdiction over Plaintiff's state law claims per 28 U.S.C. § 1367.

6. This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by ACI and is therefore timely filed under 28 U.S.C. § 1446(b).

7. A copy of all process, pleadings and orders served upon ACI in the State Court Action is being filed with this Notice and is attached hereto as Exhibit A.

WHEREFORE, American Coradius International, LLC removes the State Court Action captioned *Janet Bunce v. American Coradius International, LLC*, Case No. 2014-LM-004241 from the District Court of Wyandotte County, Kansas, Limited Actions Division, on this 6th day of October, 2014.

DESIGNATION OF PLACE OF TRIAL

American Coradius International, LLC hereby designates Kansas City, Kansas, as the place for trial in the above-captioned matter.

Respectfully Submitted,

/s/ Paul Croker
Paul M. Croker KS #21627
Wallace Saunders
10111 W. 87th Street
Overland Park, KS  66212
Telephone: (913) 752-5567
Facsimile: (913) 888-1065

Attorneys for Defendant,
American Coradius International, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system, at the address of counsel noted below. Parties may access this filing through the court's system.

A.J. STECKLEIN
MICHAEL RAPP
Consumer Legal Clinic, LLC
748 Ann Ave
Kansas City, KS 66101

/s/ Paul Croker
Paul M. Croker KS #21627

101360706 v.1